Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
BRIAN SEABERRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SEABERRY | Case No.: 2:16-cv-02310-EFB (SS) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 5, 2017, in which to file Plaintiff's motion for summary judgment; and that all other deadlines set forth in the February 9, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATED: March 13, 2017

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/*Monica Perales*

4  BY: _____
    Monica Perales

5      Attorney for plaintiff