PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN SEABERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02310-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 45 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is May 8, 2017. The new due date will be June 22, 2017.

    There is good cause for this request. On Tuesday, May 2, 2017, Defendant's counsel was assigned an emergency matter that could not be assigned to another attorney that is also due the week of May 8, 2017, the same time as the original due date of Defendant's response to Plaintiff's motion for summary judgment in this case. Furthermore, since the filing of Plaintiff's motion for summary judgment and continuing for the next month and a half, Defendant's

counsel has had and continues to have a full workload that she is diligently addressing, including approximately 12 pending District Court briefs and hearings (some of which had already been extended previously), and one Equal Employment Opportunity Commission (EEOC) brief, that cannot be assigned to another attorney, as well as other work.  Despite counsel's diligence and given counsel's continuing heavy workload in the next month and a half, described above, Defendant is requesting additional time up to and including June 22, 2017, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment as Defendant's counsel addresses her workload.  This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: May 4, 2017  LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Monica Perales by C.Chen\**
(As authorized by e-mail on 5/4/2017)
MONICA PERALES
Attorneys for Plaintiff

Date: May 4, 2017  PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  May 8, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE