PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN SEABERRY,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02310-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's motion for summary judgment. This is the second continuance sought by Defendant. The current due date is June 22, 2017. The new due date will be July 22, 2017.

    There is good cause for this request. Since the Court's order of extension dated May 9, 2017, Defendant's counsel had experienced sickness with flu-like symptoms and took sick leave for close to a week, along with pre-approved leave, and has been recovering from and diligently addressing a backlog of cases and her full workload after her absence. Furthermore, Defendant's counsel continues to have a full workload in the next month, including one district court oral

1

argument, about five pending district court briefs (some of which have also been extended multiple times), and two Equal Employment Opportunity Commission matters, including one involving briefing and another one involving discovery, that was just assigned to Defendant's counsel this week as an emergency assignment and that could not be extended or assigned to another attorney. Therefore, Defendant is respectfully requesting additional time up to and including July 22, 2017, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case as Defendant's counsel addresses her workload, including new and unanticipated matters with pressing immediate deadlines. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: June 14, 2017                    LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Monica Perales by C.Chen\**
(As authorized by e-mail on 6/14/2017)
MONICA PERALES
Attorneys for Plaintiff

Date: June 14, 2017                    PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  June 19, 2017.

_____
HON. EDMUND F. BRENNAN
UNITED STATE MAGISTRATE JUDGE